

P.O. Box 15284
Wilmington, DE 19850

ALFRED VAITUULALA
MELE L VAITUULALA
KILISTINA F VAITUULALA
92 HOOLAAU ST
WAILUKU, HI  96793-4164

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Adv Plus Banking

for November 9, 2022 to December 9, 2022                    Account number: 4880 1142 4925

**ALFRED VAITUULALA    MELE L VAITUULALA    KILISTINA F VAITUULALA**

## Account summary

| | |
|---|---:|
| Beginning balance on November 9, 2022 | $934.02 |
| Deposits and other additions | 5,506.72 |
| ATM and debit card subtractions | -1,435.00 |
| Other subtractions | -3,002.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on December 9, 2022** | **$2,003.74** |

Your account is enrolled in Balance Connect™ for overdraft protection.  You can manage your overdraft protection preferences, including linked accounts, in Online and Mobile Banking.

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation





ALFRED VAITUULALA   |   Account # 4880 1142 4925   |   November 9, 2022 to December 9, 2022

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 11/10/22 | Counter Credit | 400.00 |
| 11/14/22 | Zelle Transfer Conf# 999igqjb1; HELEN V CARMICHAEL | 260.00 |
| 11/14/22 | Online Banking Transfer Conf# fgavejf10; ONEAL, ANGELICA | 200.00 |
| 11/15/22 | Counter Credit | 1,000.00 |
| 12/02/22 | SSA  TREAS 310  DES:XXSOC SEC  ID:XXXXXXXXXA  SSA  INDN:ALFRED VAITUULALA     CO ID:9031736026 PPD | 1,333.00 |
| 12/02/22 | SSA  TREAS 310  DES:XXSOC SEC  ID:XXXXXXXXXA  SSA  INDN:MELE L VAITUULALA     CO ID:9031736026 PPD | 744.00 |
| 12/06/22 | BKOFAMERICA MOBILE 12/06 3603371942 DEPOSIT         *MOBILE        TX | 1,569.72 |
| **Total deposits and other additions** | | **$5,506.72** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 11/10/22 | BKOFAMERICA ATM 11/10 #000001895 WITHDRWL ELK GROVE        ELK GROVE     CA | -120.00 |
| 11/10/22 | ROSS STORES #2  11/10 #000010859 PURCHASE ROSS STORES #283  ELK GROVE     CA | -9.69 |
| 11/10/22 | COSTCO WHSE #0  11/10 #000915377 PURCHASE COSTCO WHSE #04    RANCHO CORDOV CA | -41.99 |
| 11/14/22 | BKOFAMERICA ATM 11/11 #000008228 WITHDRWL FRUITRIDGE MANOR   SACRAMENTO    CA | -100.00 |
| 11/14/22 | CHECKCARD  1109 IN N OUT BURGER 1 RANCHO CORDOVCA 25247802314000695044156 | -40.02 |
| 11/14/22 | CHECKCARD  1111 AMERICAN DALLAS       TX 55417342315873152475429 | -24.09 |
| 11/14/22 | CHECKCARD  1111 AMERICAN DALLAS       TX 55417342315873152475387 | -24.09 |
| 11/14/22 | CHECKCARD  1111 CVS CarePass 833-320-2273 RI 02305372316600051287198 RECURRING | -5.00 |
| 11/14/22 | COSTCO WHSE #0  11/11 #000978965 PURCHASE COSTCO WHSE #04    RANCHO CORDOV CA | -43.13 |
| 11/14/22 | NAPA STORE 476  11/11 #000878200 PURCHASE 3710 47TH AVE      SACRAMENTO    CA | -14.00 |

*continued on the next page*



### Do you follow us on social media?

Connect with us on **Facebook** and **Twitter** for timely information and to learn more about how to reach your financial goals.





When you use the QRC feature certain information is collected from your mobile device for business purposes.



SSM-05-22-0100.C  |  4718133

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 11/14/22 | CHECKCARD  1111 NEW HOME BUILDING SACRAMENTO   CA 55310202316091052000774 | -7.93 |
| 11/14/22 | CHECKCARD  1111 COSTCO GAS #04 RANCHO CORDOVCA | -116.06 |
| 11/16/22 | CHECKCARD  1115 OUTBACK 0529 SACRAMENTO   CA 55432862320201826498539 | -109.77 |
| 11/16/22 | COSTCO WHSE #0  11/16 #000512979 PURCHASE COSTCO WHSE #04    RANCHO CORDOV CA | -392.33 |
| 11/18/22 | CHECKCARD  1117 VCN*SANTA CLARA C SAN JOSE    CA 55420362322630185361107 | -110.50 |
| 11/18/22 | RALEY S # 4030  11/18 #000026949 PURCHASE RALEY S # 4030 SU  RANCHO CORDOV CA | -15.62 |
| 11/21/22 | CHECKCARD  1119 COSTCO GAS #04 RANCHO CORDOVCA | -92.08 |
| 11/23/22 | CHECKCARD  1123 AMERICAN DALLAS     TX 55417342327873272410724 | -24.09 |
| 11/25/22 | CHECKCARD  1123 AMERICAN DALLAS     TX 55417342327873272411664 | -24.09 |
| 11/29/22 | CHECKCARD  1128 CHAMPION EXPRESS GRAND PRAIRIETX 22303792333002189150802 | -53.90 |
| 11/29/22 | CHECKCARD  1128 SUPERSHINE CARWAS GRAND PRAIRIETX 55432862333205472916319 | -12.00 |
| 11/30/22 | CHECKCARD  1129 EXXONMOBIL    996 ARLINGTON    TX 15486802334378006304858 | -54.62 |
| **Total ATM and debit card subtractions** | | **-$1,435.00** |

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 11/09/22 | Online Banking transfer to CHK 4670 Confirmation# 1702629214 | -165.00 |
| 11/14/22 | Online Banking transfer to CHK 4670 Confirmation# 5045810128 | -37.00 |
| 11/16/22 | Online Banking payment to CRD 4125 Confirmation# 4062047498 | -800.00 |
| 12/06/22 | Online Banking payment to CRD 4125 Confirmation# 1530840418 | -1,000.00 |
| 12/08/22 | Online Banking transfer to CHK 4670 Confirmation# 4555363718 | -1,000.00 |
| **Total other subtractions** | | **-$3,002.00** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Good news - to help you avoid missing scheduled payments, we may continue processing those payments you have set up with a debit card after the card expires.**

Debit cards expiring on or after February 14, 2023 that are used for recurring, installment or subscription payments, may continue to have payments processed after the card expires. Even if you do not activate your new debit card or provide merchants with the new expiration date, your previously authorized payments may still be processed.

Do not worry, you can still cancel scheduled payments by contacting the merchants directly. If there are merchants you have provided your card number to, our Mobile Banking (Footnote 1) app and Erica®, your virtual financial assistant (Footnote 2) can provide you with a list if you ask "Where are my debit cards stored?".

(Footnote 1) Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

(Footnote 2) In your Bank of America Mobile App, Erica, is only available in the English language. The feature requires that you download the latest version of the Mobile Banking app and is only available in the Mobile Banking app for select iOS and Android devices. Message and data rates may apply.

This page intentionally left blank